```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0028--CR (RRB)
                "USA V IAN LOUIS JEFFERSON"
            DEF 1.1 JEFFERSON, IAN LOUIS
```

Including terminated defendants, excluding terminated counsel

        Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
       Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
                 Filed:  06/22/05
                Closed:  NO
     No. of Defendants:  1
        MJ Case Number:
                   AKA:
       Location status:  Other Custody
            Trial date:
            Terminated:  NO
      Needs interpreter:  NO
      Counsel of record:  Mary Jane Haden
                          Federal Public Defender
                          550 W. 7th Avenue, Suite 1600
                          Anchorage, AK 99501
                          907-646-3400
                          FAX 907-646-3480
                          Serve: YES
                           Type: FPD
                           Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  David A. Nesbett
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 JEFFERSON, IAN LOUIS

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARMS (F) | Terminated |
| 1 -  1 IND | 2 | 21:841(a)(1) and 841(b)(1)(C) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 1 -  1 IND | 3 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Terminated |
| 13 -  1 IND | 1-S | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARMS (F) | Pending |
| 13 -  1 IND | 2-S | 21:841(a)(1) and 841(b)(1)(C) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0028--CR (RRB)
"USA V IAN LOUIS JEFFERSON"
DEF 1.1 JEFFERSON, IAN LOUIS

Including terminated defendants, excluding terminated counsel

```
13 -   1 IND    3-S     21:841(a)(1) and (b)(1)(C)  POSSESSION OF MDMA      Pending
                        WITH INTENT TO DISTRIBUTE (F)

13 -   1 IND    4-S     18:924(c)(1)(A) and (c)(1)(A)(ii) CARRY, BRANDISH   Pending
                        and POSSESS FIREARMS DURING AND IN RELATION TO AND
                        IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (F)

13 -   1 IND    5-S     18:924(d)(1) CRIMINAL FORFEITURE (F)                Pending
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE F05-0028--CR (RRB)
                        "USA V IAN LOUIS JEFFERSON"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 06/22/05 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 06/22/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/22/05 | [Re: DEF 1] JDR Grand Jury Minutes: WOA to be issued, Habeas ad pros to follow. |
| 3 - 1 | 06/24/05 | [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem. |
| NOTE - 2 | 06/28/05 | Issued: Writ of HC. |
| NOTE - 3 | 06/28/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to USDJ chambers. |
| 4 - 1 | 06/28/05 | [Re: DEF 1] TWH Order for issuance of writ of HC Ad Pros. |
| 5 - 1 | 06/28/05 | [Re: DEF 1] TWH Minute Order setting arraignment for Wednesday June 29,2005 at 3:30 p.m. cc: USA, USM, FPO, Judge Beistline, Judge Hall. |
| 6 - 1 | 06/29/05 | DEF 1 Attorney Appearance of M.J. Haden (FPD). |
| 7 - 1 | 06/29/05 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 8 - 1 | 06/29/05 | [Re: DEF 1] Financial Affidavit. |
| 9 - 1 | 06/29/05 | [Re: DEF 1] TWH Order regarding preparation for trial discovery due by 07/09/05, pretrial motions due by 07/19/05 cc: USA, USM, FPO, FPD, Judge Hall, Judge Beistline. |
| 10 - 1 | 06/29/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] re: arraignment on indictment held 06/29/05, plea of NG to all counts,FPD appointed,defendant detained, discovery due by 07/09/05, pretrial motions due by 07/19/05, FPTC to be held 08/22/05, trial to begin 08/22/05 cc: USA, USM, FPO, FPD, Judge Hall, Judge Beistline. |
| 11 - 1 | 07/05/05 | [Re: DEF 1] RRB Minute Order setting TBJ on 8/22/05 @ 8:30 a.m. @ Fairbanks, AK & FPTC for 8/16/05 @ 8:30 a.m. @ Anchorage, AK. cc: USA, FPD, USM, USPO, MJ Hall, JC, Divisional Deputy |
| 12 - 1 | 07/15/05 | [Re: DEF 1] Return of WOA executed on 6/29/05. |
| 12 - 2 | 07/18/05 | [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 6/29/05. |
| 13 - 1 | 07/29/05 | [Re: DEF 1] PLF 1 First Superseding Indictment. |
| 14 - 1 | 07/29/05 | [Re: DEF 1] MDJ Grand Jury Minutes. |
| 15 - 1 | 08/02/05 | [Re: DEF 1] TWH Minute Order setting arraignment for Thursday Aug 4,2005 at 10:00 a.m. in Fairbanks courtroom #2 cc: cnsl, USM, FPO, MJ Hall |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F05-0028--CR (RRB)
"USA V IAN LOUIS JEFFERSON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 08/04/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Arraignment on Superseding Indictment held 8-4-05. Pled not guilty to Cts. 1, 2, 3, 4, and 5 of the Superseding Indictment. Counsel advised of 8-22-05 trial date. Court and counsel heard re continuance of the trial. Court directed counsel and defendant to file a motion with Judge Beistline re this matter. cc: USA; USM; USPO; MJ Haden; Judge Beistline. |
| 17 - 1 | 08/08/05 | DEF 1 Unopposed motion on shortened time to continue trial. |
| 18 - 1 | 08/10/05 | DEF 1 motion to sever & seperately try count 1 w/att memo. |
| 19 - 1 | 08/16/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re FPTC (held 8/16/05); granting motion Unopposed motion on shortened time to continue trial (17-1); TBJ set for 8/22/05 VACATED and reset to 10/11/05 in FBX, FPTC set for 10/4/05 at 1:15 p.m. in Anchorage; crt found excludable delay under 18 U.S.C. Section 3161(h)(8)(B)(iv); govt response to Mot to Sever & Seperately Try Ct 1 (dkt #18) due 8/23/05; all other mots due by 8/22/05, response due by 8/29/05; def det cont; cc: USA, FPD, USM, USPO, JC, MJ Hall. |
| 20 - 1 | 08/16/05 | [Re: DEF 1] RRB Order granting defendant's motion on shortened time to continue trial.  Trial set for 8/22/05 is vacated and reset for 10/11/05 at 8:30 a.m. and the FPTC set 8/16/05 is vacated and reset for 10/4/05 at 1:15 p.m.  cc: AUSA, FPD, USM, USPO, Jury Clerk, MJ Roberts |
| 21 - 1 | 08/22/05 | DEF 1 motion to require disclosure of 404(b) evidence. |
| 22 - 1 | 08/25/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever & seperately try count 1 (18-1). |
| 23 - 1 | 08/26/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to require disclosure of 404(b) evidence. (21-1). |
| 24 - 1 | 09/07/05 | [Re: DEF 1] TWH Order denying motion to require disclosure of 404(b) evidence (21-1). |
| 25 - 1 | 09/08/05 | Initial R&R re: DEF 1 motion to sever & seperately try count 1 w/att memo. (18-1). Objections due 09/16/05. Reply due 09/23/05. cc; Cooper, Haden, FPO, USM, Judge Beistline |
| 26 - 1 | 09/08/05 | [Re: DEF 1] TWH Minute Order that Dkt 25 shall be construed as an R & R and all objections and responses will be immediately forwarded to the trial judge for review and final determination.  cc: USA; USM; USPO; MJ Haden; Judge Beistline |
| 27 - 1 | 09/16/05 | DEF 1 objection to R&R re: DEF 1 motion to sever & seperately try count 1 w/att memo (18-1). |
| 28 - 1 | 09/19/05 | [Re: DEF 1] PLF 1 Notice of substitution of counsel. |
| 29 - 1 | 09/22/05 | {SEALED} |
| 30 - 1 | 09/26/05 | [Re: DEF 1] RRB Minute Order this matter is set to begin 10/11/05.  The parties are reminded that the trial will not likely proceed 10/12/05, but will continue on 10/13/05.  cc: AUSA, FPD, USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F05-0028--CR (RRB)
"USA V IAN LOUIS JEFFERSON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 09/26/05 | {SEALED} |
| 32 - 1 | 09/26/05 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to sever & seperately try count 1 (18-1). |
| 33 - 1 | 09/28/05 | [Re: DEF 1] RRB Order re: motion to sever & seperately try count 1 (18-1) as stated.  cc: AUSA, FPD, MJ HALL |
| 34 - 1 | 10/03/05 | DEF 1 Notice of Intent to change plea and request to vacate trial of 10-11-05. |
| 35 - 1 | 10/05/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: FPTC held 10/04/05; PCOP set for 10/21/05 at 9:00 a.m. in FBX; tbj set for 10/11/05 is vacated.  cc: USA, FPD, USM, USPO, JC, FBX Clerk's Office |
| 36 - 1 | 10/20/05 | {SEALED} |
| 37 - 1 | 10/21/05 | {SEALED} |
| 38 - 1 | 10/21/05 | {SEALED} |
| 39 - 1 | 10/24/05 | {SEALED} |