M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>            Defendant. | Case No. F05-0028 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING** |

    Defendant, Ian Louis Jefferson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the imposition on sentence hearing in the above styled case currently set for January 13, 2006.  This motion is unopposed by Assistant United States Attorney David Nesbett.

    Mr. Jefferson entered a guilty plea pursuant to a Rule 11(c)(1)(C) plea agreement charging him with one count of violating 18 U.S.C. § 924(c).[1]  Part of the agreement between the parties includes a global agreement for current time with the state

---

[1] As Mr. Jefferson already has entered a plea of guilty, the speedy trial provisions of 18 U.S.C. § 3161 do not apply.

companion case 4FA-S05-1468.  <u>See</u> PSR ¶ 33.  Mr. Jefferson was scheduled to be sentenced in state court on December 30, 2005; however, his sentencing date was unexpectedly postponed until January 23, 2006.  In order for the proposed disposition agreed to by the parties to be possible, Mr. Jefferson's state sentence must first be in place.  Thus, Mr. Jefferson respectfully requests that his sentencing be continued to a date following January 23, 2006.

DATED this 4th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

<u>Certification</u>:

I certify that on January 4, 2006, a copy of the foregoing Unopposed Motion on Shortened Time To continue Sentencing, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden