UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>　　　　　Defendant. | Case No. F05-0028 CR (RRB)<br><br>**PROPOSED ORDER RESCHEDULING IMPOSITION OF SENTENCE** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

　　　　After due consideration of defendant's unopposed motion to continue sentencing, the court GRANTS/DENIES the motion.

　　　　The imposition of sentence hearing in the above matter currently scheduled for January 13, 2006 in Fairbanks, Alaska, is hereby vacated. The imposition of sentence hearing is re-set for _____, 2006, at ___ a.m./p.m.

　　　　DATED _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE