## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

USA   v.   IAN LOUIS JEFFERSON

DATE:   January 6, 2006         CASE NO.   F05-0028 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SENTENCING**

---

Defendant's Unopposed Motion on Shortened Time to Continue Sentencing (Docket 40) is hereby **GRANTED**. The time presently set for sentencing, **Friday, January 13, 2006, at 11:00 a.m.**, in Fairbanks, Alaska, will be utilized as a scheduling hearing. Parties and counsel needing to attend telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. RE SENTENCING