M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>             Defendant. | Case No. F05-0028 CR (RRB)<br><br>**MOTION TO ALLOW COUNSEL<br>TO APPEAR TELEPHONICALLY**<br>(On Shortened Time) |

   Defendant, Ian Louis Jefferson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order allowing undersigned counsel to appear telephonically at the scheduling conference in the above-captioned matter set for January 13, 2006, at 11:00 a.m. in Fairbanks, Alaska.

   Counsel resides in Anchorage, Alaska, and will not be traveling to Fairbanks on the day of the hearing.

///

///

///

DATED this 12th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 12, 2006, a copy of the foregoing Motion to Allow Counsel to Appear Telephonically, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden