UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>    Defendant. | Case No. F05-0028 CR (RRB)<br><br>**ORDER ALLOWING TELEPHONIC PARTICIPATION** |

  After due consideration of defendant's Motion on Shortened Time to Allow Counsel to Appear Telephonically, the court GRANTS/DENIES the motion.

  Counsel may appear telephonically at the scheduling conference set for 11:00 a.m. on January 13, 2006, by calling into the court at (907) _____.

  DATED January _____, 2006, in Anchorage, Alaska.


              _____
              RALPH R. BEISTLINE
              U.S. DISTRICT JUDGE