```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.    IAN LOUIS JEFFERSON    CASE NO. 4:05-cr-0028-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE: RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: DAVID A NESBETT (telephonic)

DEFENDANT'S ATTORNEY: M.J. HADEN (telephonic)

U.S.P.O.: MARCI LUNDGREN

PROCEEDINGS: RESCHEDULING CONFERENCE HELD 1/13/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

Court and counsel heard re rescheduling sentencing.

Imposition of Sentence set for Feb 7, 2006 at 9:30 In Fairbanks.

At 11:11 a.m. court adjourned.

DATE:    1/13/2006           DEPUTY CLERK'S INITIALS: tg