# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  JEFFERSON  </u>

DATE: <u>  January 25, 2006  </u>   CASE NO. <u>  4:05-CR-0028 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to judicial scheduling conflicts, the sentencing in this matter scheduled for February 7, 2006, is **RESCHEDULED** and will now be held on **Thursday, February 9, 2006, at 11:00 a.m.**, at the Federal Courthouse in Fairbanks, Alaska.

M.O. RESCHEDULING SENTENCING