M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>       Defendant. | Case No. F05-0028 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO RESCHEDULE SENTENCING** |

Defendant, Ian Louis Jefferson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to reschedule the imposition of sentence hearing currently scheduled for Thursday, February 9, 2006, in Fairbanks, Alaska.  This motion is necessary because undersigned counsel is scheduled to argue before the Ninth Circuit in Seattle in <u>United States v. Bowman</u> on February 9, 2006, and will therefore be unavailable on both February 8th and February 9th.   In addition, undersigned counsel is unavailable from February 20, 2006, through March 3, 2006.

Undersigned counsel has contacted Assistant United States Attorney David Nesbett.  He is unopposed to this motion. The parties propose that the sentencing be

rescheduled for February 16, 2006, or at a time convenient to the court. Mr. Nesbett advises that he is unavailable on February 17, 2006.

DATED this 25th day of January 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on January 25, 2006,
a copy of the foregoing *Unopposed
Motion on Shortened Time to Reschedule
Sentencing*, with attachments,  was
served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden