UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>    Defendant. | Case No. F05-0028 CR (RRB)<br><br>**PROPOSED ORDER** |

    After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

    After due consideration of defendant's Unopposed Motion to Reschedule Sentencing, the court GRANTS/DENIES the motion.  The imposition of sentence hearing scheduled for Thursday, February 9, 2006, is hereby vacated.  The matter is rescheduled for _____ at \_\_\_\_\_ a.m./p.m. in Fairbanks, Alaska.

    DATED _____, 2006, in Anchorage, Alaska.

                     _____
                      RALPH R. BEISTLINE
                      U.S. DISTRICT JUDGE