UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>IAN LOUIS JEFFERSON,<br><br>        Defendant. | Case No. 4:05-CR-0028-RRB<br><br>**ORDER RESCHEDULING<br>SENTENCING** |

After due consideration of Defendant's motion on shortened time, the Court **GRANTS** the motion.

After due consideration of Defendant's Unopposed Motion to Reschedule Sentencing, the Court **GRANTS** the motion. The imposition of sentence hearing scheduled for Thursday, February 9, 2006, is hereby vacated. The matter is rescheduled for **Thursday, February 16, 2006, at 10:30 a.m.**, in Fairbanks, Alaska.

ENTERED this 26th day of January, 2006.

                                        /s/ RALPH R. BEISTLINE
                                        U.S. DISTRICT JUDGE