M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>               Defendant. | Case No. 4:05-cr-0028-RRB<br><br>**NOTICE OF FILING LETTERS** |

       Defendant, Ian Louis Jefferson, by and through counsel M. J. Haden, Staff Attorney, hereby files for the court's consideration letters to the court from Cynthia Williams, Rolando R. Blandin, Shirley Thompson, Ottie Bellany, and Bettie Jefferson on behalf of Mr. Jefferson.

///

///

///

///

DATED this 13th day of February

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.
United States Attorney's Office
222 West 7th Avenue, No. 9, Room 253
Anchorage, AK 99513-7567

and personally served on:

U.S. Pretrial Services Office
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK 99513-7562

/s/ M. J. Haden