2526 Vestal Avenue
Fayetteville, N C 28301

July 13, 2005

To Whom It May Concern:

I, Cynthia Williams, have known Ian Jefferson for over 30 years. He is a careful and respectful person. He has always being a well-mannered young man. He is the type person that will help you if he could. Ian loves people and he loves life. He can get along with anyone.

He would cut his grandmother's yard and some of the other people in the neighborhood. He is a good worker and want to help his grandmother any way that he can. He would sent his mother and grandmother money whenever he could. His mother told me that she told him that his grandmother is very sick and he said to tell her to hold on until he get home.

Going to Alaska was the best thing for him. By going there made him a better man. I was proud of him when his mother told me he was going to college.

His mother has being doing my hair for over 30 years and he always had respect for his mother and brothers. He always told me that my hair look nice whenever his mother would do my hair.

He is a good father to his children and loves spending quality time with them. His mother is always showing me pictures of him and his children whenever I go over there. She is very proud of him. If there is any more information that you need to know about Ian, please feel free to contact me at (910) 488-4135.

Sincerely,

Cynthia Williams