To WHOM IT MAY CONCERN:

THIS IS REGARDS TO IAN JEFFERSON. MY NAME IS ROLANDO RAY BLANDIN. I'VE BEEN BEST FRIENDS WITH IAN SINCE THE AGE OF 7. I'M CURRENTLY 32 yrs OLD. I LIVE DIRECTLY ACROSS THE STREET FROM HIS MOTHER BETTY LOU JEFFERSON. IAN IS NOT A BAD GUY. HE'S A DEVOTED FATHER WHO WAS JUST TRYING TO BE WITH HIS SON. THAT'S WHY HE'S IN ALASKA. ONCE AGAIN IAN IS NOT A BAD DUDE AND WE WANT HIM BACK IN NORTH CAROLINA <u>ALOT SOONER</u> THEN LATER.

SINCERLY,
ROLANDO R. BLANDIN
IAN'S BEST FRIEND FOR 25 yr

5244 COVENWOOD DR
FAYETTEVILLE, NC
28303

HOME (910) 868-4377