1864 Gola Drive
Fayetteville, NC 28301

July 18, 2005

To Whom It May Concern:

This missive is to elaborate on the character of Mr. Ian Jefferson. I have known Ian all of his life and thought highly of him. He overcame many obstacles with the divorce of his parents at an early age. Ian grew up in Fayetteville as a very likable young man by his family, neighbors and peers. He attended the public schools and did quiet well.

We were so proud of him when he came home for a visit from Alaska and informed the family that he was attending a college in Alaska. We wished great things for him and sincerely hope that with our prayers he can continue his studies to better himself.

Unfortunately, I sincerely hope that he will be given a chance to put this dilemma behind him in a positive way. Sometimes situations and pressure will drive an individual to do or be involved in things that are beyond their control, not even thinking at the time what the consequences will be.

With all do respect I am asking you to have mercy on this young man, and allow him to return to the states with his family.

Thinking you in advance for your considerations.

Sincerely,

*Shirley Thompson*
Shirley Thompson, Aunt