509 Rock Canyon Drive
Fayetteville, NC
July 15, 2005

Attention: M.J. Haden

I am writing this letter in regards to Ian Jefferson. I've been a neighbor and friend with the Jefferson family since the early seventies. Young Mr. Ian Jefferson was an ideal child and student who always showed great concern for his peers and friends. He would always offer a help and hand when needed. He always showed great respect for everyone. His mother has always shared with me, how he is doing and when she she has heard from him last.

Ian has always showed great respect for me and all his friends and neighbors, since I've known him.

He has never caused any trouble in the neighborhood or community.

I have always loved this young man from a child to the present.

I hope you will accept the letter as a character reference letter of Ian Jefferson, from Ottie Bellamy of Fayetteville, N.C., I have worked in the Fort Bragg School System for the past twenty-three years.

It has been a real pleasure to be a neighbor of Ian and his family for the past (30) thirty years.

Please use the letter, as a character Reference from Ottie Bellamy, to assist Ian Jefferson in whatever way needed.

Sincerely,
Ottie Bellamy