506 Rockcanyon Drive
Fayetteville, NC 28301

July 18, 2005

To Whom It May Concern:

I, Bettie Jefferson, am Ian Jefferson mother. Ian has been a happy go luck free person full of energy. Ian has been a joy in my life and he always has respect for his brothers and me. He plays baseball and football as a child. He was always outstanding in what done and loves sports.

When Iran was a little boy at Christmas time, he would sings Christmas carols for this elder couple that lives two doors from us. One year he was late and they sent for him because he was never late and they was concern because he songs for them every Christmas. They would always give him gifts and candy whenever he came over to sing.

He gave me a litter trouble as a teenage, but never as an adult. He always work. He works in restaurants as a cook and he is a great cook. He also works as a security guard all over the country.

He went to Alaska to be with son and while he was there he decided to go to college. I am so proud that he furthers his education and was doing well with his life. He has a son and a daughter that he loves very very much. They are most important things in his life.

So give him one more chance to get it right. He made a mistake and I truly think this will be a lesson for him. We just want him to get through this and come back home to North Carolina and his family. We all love him very much and we are sad right now but with God help anything is possible.

If you need any more information, please contact me at (910) 867-0470.

Sincerely,


His mother,
Bettie Jefferson

*Bettie Jefferson*