DOCKET TEXT FOR SEALED ENTRY:

Minute Entry for proceedings held before Judge Ralph R. Beistline :Sentencing held on 2/16/2006 for Ian Louis Jefferson (1), Count(s) 1, 1s, 2, 2s-3s, 3, Dismissed; Count(s) 4s, Imprisonment of 60 months to run concurrent with State Case 4FA-S05-1468CR, 3 years SR. Court recommends the Defendant serve his time at the facility located at Edgefield South Carolina (Court Recorder TJG.) Government Counsel-David Nesbett; Defense Counsel-M.J.Haden; USPO/PTS Officer-Toni Ostanik.  Defendant Present In Custody.  (TJG, ) Modified on 2/22/2006 to seal docket entry and remove docket text from public docket (NKD, ).