M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IAN LOUIS JEFFERSON,<br><br>　　　　　Defendant. | Case No. 4:05-cr-0028-RRB<br><br>**UNOPPOSED MOTION TO CORRECT JUDGMENT** |

　　　　　Defendant, Ian Louis Jefferson, by and through counsel M. J. Haden, Staff Attorney, moves this court for an amended judgment in the above-styled case.  This motion is necessary because during the imposition of sentence hearing held on February 16, 2006, the court stated that Mr. Jefferson's federal sentence would be imposed to run concurrent to his state sentence in 4FA-S05-1468 CR.  In addition, in order to make the two sentences completely concurrent, the court ordered that Mr. Jefferson be given credit for time served in state custody since his arrest of May 10, 2005, towards his federal sentence.  The judgment entered on February 16, 2006, does not include the order crediting Mr. Jefferson for time served in state custody.

Mr. Jefferson respectfully requests that the court issue an amended judgment and that the court include on page two of the judgment under the heading entitled "IMPRISONMENT" that he be credited by the Bureau of Prisons for the time he spent in state custody from the time of his arrest on May 10, 2006.

This motion is filed pursuant to Fed. R. Crim. P. 36 and is unopposed by Assistant United States Attorney David Nesbett.

DATED this 15th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 15, 2006, a copy of the
foregoing document was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden