## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14771006 | Current Institution: | Marianna FCI |
| Inmate Name: | JEFFERSON, IAN | Housing Unit: | MNA-M |
| Report Date: | 01/31/2007 | Living Quarters: | M01-108U |
| Report Time: | 2:28:12 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

D

FEB 1 2 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2535 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | TAL |
| Transferred To: | TAL |
| Account Creation Date: | 9/30/2006 |
| Local Account Activation Date: | 11/9/2006 3:24:15 AM |
| Sort Codes: | |
| Last Account Update: | 1/31/2007 1:46:00 PM |
| Account Status: | Transfer |
| Phone Balance: | Unknown |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $1,331.50 |
| National 6 Months Withdrawals: | $1,239.30 |
| National 6 Months Avg Daily Balance: | $121.81 |
| Local Max. Balance - Prev. 30 Days: | $211.66 |
| Average Balance - Prev. 30 Days: | $80.93 |

## Commissary History

### Purchases

Validation Period Purchases: $204.75
YTD Purchases: $792.80
Last Sales Date: 1/31/2007 1:46:00 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $204.75
Remaining Spending Limit: $85.25

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

## Deposits

 PRINT

| Inmate Reg #: | 14771006 | Current Institution: | Marianna FCI |
|---|---|---|---|
| Inmate Name: | JEFFERSON, IAN | Housing Unit: | MNA-M |
| Report Date: | 01/31/2007 | Living Quarters: | M01-108U |
| Report Time: | 2:29:41 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 1/31/2007 1:46:00 PM | MNA011 | Sales | $0.00 | 39 | | $0.00 |
| 1/31/2007 3:27:25 AM | SENTRY | Transfer - Out to TRUFACS | ($92.20) | TX013107 | | $0.00 |
| 1/31/2007 3:27:25 AM | SENTRY | Phone Withdrawal | $10.00 | TFN0131 | | $92.20 |
| 1/26/2007 5:03:02 AM | AMSERVICE | Lockbox - CD | $25.00 | 70175401 | | $82.20 |
| 1/24/2007 2:40:40 PM | MNA011 | Sales | ($56.45) | 59 | | $57.20 |
| 1/24/2007 8:33:33 AM | MNA0616 | Inmate Co-pay | ($2.00) | GICP0107 | | $113.65 |
| 1/23/2007 2:06:08 PM | AMSERVICE | Western Union | $50.00 | 33308207 | | $115.65 |
| 1/22/2007 5:03:07 AM | AMSERVICE | Lockbox - CD | $40.00 | 70175003 | | $65.65 |
| 1/18/2007 5:17:26 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0118 | | $25.65 |
| 1/17/2007 2:52:21 PM | MNA010 | Sales | ($45.20) | 72 | | $35.65 |
| 1/16/2007 7:07:57 PM | AMSERVICE | Western Union | $50.00 | 33307707 | | $80.85 |
| 1/15/2007 8:00:26 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0115 | | $30.85 |
| 1/11/2007 12:49:48 PM | TP_PHONE | Phone Withdrawal | ($18.00) | TFN0111 | | $40.85 |
| 1/10/2007 7:45:06 AM | MNA9599 | Payroll - IPP | $11.04 | GIPP1206 | | $58.85 |
| 1/9/2007 2:58:07 PM | MNA011 | Sales | ($103.10) | 49 | | $47.81 |
| 1/4/2007 10:47:51 AM | TP_PHONE | Phone Withdrawal | ($14.00) | TFN0104 | | $150.91 |
| 1/3/2007 2:06:57 PM | MNA3002 | Sales | ($35.75) | 89 | | $164.91 |
| 1/2/2007 6:43:56 PM | TP_PHONE | Phone Withdrawal | ($11.00) | TFN0102 | | $200.66 |
| 12/27/2006 5:33:43 AM | AMSERVICE | Lockbox - CD | $50.00 | 70173401 | | $211.66 |
| 12/27/2006 5:33:37 AM | AMSERVICE | Lockbox - CD | $50.00 | 70173401 | | $161.66 |
| 12/18/2006 5:35:31 PM | MNA007 | Sales | ($1.55) | 99 | | $111.66 |
| 12/18/2006 2:15:27 PM | MNA007 | Sales | ($117.10) | 52 | | $113.21 |
| 12/18/2006 11:11:35 AM | TP_PHONE | Phone Withdrawal | ($23.00) | TFN1218 | | $230.31 |
| 12/17/2006 5:06:25 AM | AMSERVICE | Lockbox - CD | $25.00 | 70172802 | | $253.31 |
| 12/15/2006 3:07:26 PM | AMSERVICE | Western Union | $200.00 | 33305507 | | $228.31 |
| 12/15/2006 11:45:30 AM | MNA011 | Sales | ($49.40) | 28 | | $28.31 |
| 12/11/2006 2:10:50 PM | MNA011 | Sales | ($43.25) | 69 | | $77.71 |
| 12/10/2006 10:33:15 AM | TP_PHONE | Phone Withdrawal | ($26.00) | TFN1210 | | $120.96 |
| 12/5/2006 10:17:03 AM | MNA0616 | Inmate Co-pay | ($2.00) | GICP1206 | | $146.96 |
| 12/5/2006 10:15:50 AM | MNA0616 | Inmate Co-pay | $2.00 | GICP1206-V | | $148.96 |
| 12/5/2006 9:23:16 AM | MNA0616 | Inmate Co-pay | ($2.00) | GICP1206 | | $146.96 |
| 12/4/2006 2:07:24 PM | MNA007 | Sales | ($51.35) | 51 | | $148.96 |
| 12/2/2006 4:50:59 PM | TP_PHONE | Phone Withdrawal | ($40.00) | TFN1202 | | $200.31 |
| 12/2/2006 6:05:07 AM | AMSERVICE | Western Union | $200.00 | 33304507 | | $240.31 |
| 11/20/2006 5:25:48 PM | TP_PHONE | Phone Withdrawal | ($29.00) | TFN1120 | | $40.31 |
| 11/20/2006 12:33:57 PM | MNA011 | Sales | ($31.35) | 60 | | $69.31 |
| 11/17/2006 8:35:34 AM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN1117 | | $100.66 |
| 11/15/2006 9:07:02 PM | AMSERVICE | Western Union | $100.00 | 33303307 | | $120.66 |
| 11/15/2006 5:46:34 PM | TP_PHONE | Phone Withdrawal | ($22.00) | TFN1115 | | $20.66 |
| 11/13/2006 12:37:49 PM | MNA011 | Sales | ($53.25) | 57 | | $42.66 |
| 11/9/2006 12:59:12 PM | MNA010 | Sales | ($14.30) | 59 | | $95.91 |
| 11/9/2006 12:47:17 PM | MNA010 | Sales | ($190.75) | 57 | | $110.21 |
| 11/9/2006 9:26:57 AM | TP_PHONE | Phone Withdrawal | ($40.00) | TFN1109 | | $300.96 |
| 11/9/2006 3:24:15 AM | SENTRY | Transfer - In from TRUFACS | $340.96 | TX110906 | | $340.96 |
| 10/13/2006 5:17:16 AM | SENTRY | Transfer - Out to TRUFACS | $0.00 | TX101306 | | $0.00 |

1