_____
_____
_____
(Name/Address/Phone)

RECEIVED
FEB 12 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States of America

Petitioner,

vs.

Ian L. Jefferson

Defendant.

NO. 4:05-cr-00028 RRB

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW _IAN L. Jefferson_, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 31st day of _January_, 2007.