# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF _____ VS. _____  FOR _____  AT _____

**RECEIVED FEB 12 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

PERSON REPRESENTED (Show your full name): **Ian Louis Jefferson**

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☑ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: **4:05-cr-00028 RRB**
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $_____

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $**32.00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE VALUE AND DESCRIBE IT  $_____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them:
Ian Louis Jefferson JR / Father
Teja Denae Jefferson-Tisdell / Father

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: N/A
Total Debt: N/A
Monthly Payt.: N/A

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *[signed]* Ian Jefferson     Date: 1/31/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.