```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA


              USA   v.   IAN LOUIS JEFFERSON

DATE:    March 13, 2007      CASE NO.   4:05-CR-0028-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE PENDING MOTIONS
```

Currently before the Court is a Motion to Correct Sentence at Docket 57, in which Defendant is represented by counsel. Defendant's pro se Motion for Appointment of Counsel at Docket 62, the Application to Proceed In Forma Pauperis at Docket 61, and the Motion Under 28 U.S.C. § 2255 to Vacate Sentence at Docket 60 are unnecessary as Defendant is represented by counsel and his issue is before the Court. Therefore, Defendant's motions at Dockets 60, 61, and 62 are **DENIED.**

M.O. RE PENDING MOTIONS